

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Tasha.Bradt@usdoj.gov*

*main: (973) 645-2700*
*direct: (609) 858-0305*
*fax: (973) 297-2012*

*Tasha M. Bradt*
*Assistant United States Attorney*

June 11, 2026

**BY ECF**
Hon. Madeline Cox Arleo, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: *Naranjo Morocho v. Soto, et al.,* Civ. No. 26-4186 (MCA)
     **Petitioner's Bond Hearing**

Dear Judge Arleo:

This Office represents Respondents in the above-referenced habeas matter. We write in response to the Court's June 3, 2026 order, ECF No. 5, to report that an Immigration Judge held a bond hearing for Petitioner on June 8, 2026. The Immigration Judge denied Petitioner's request for bond, finding that he did not meet his burden to prove that he is neither a danger to the community nor a flight risk. *See* Ex. A (Order of the Immigration Judge). We therefore respectfully request that the Court close this case.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:   */s/ Tasha M. Bradt*

Tasha M. Bradt,
Assistant United States Attorney
*Attorneys for Respondents*

cc:   Counsel of record (by ECF)

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date:  6/15/26

# Ex. A



# UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## ELIZABETH IMMIGRATION COURT

Respondent Name:

    NARANJO MOROCHO, DANIEL

To:

    Duque, Stephanie M
    4539 Bergenline Avenue
    Union City, NJ 07087

A-Number:

    ████642

Riders:

In Custody Redetermination Proceedings

Date:

06/08/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☑ Denied, because
The Court has held an individualized bond hearing under 8 USC Section 1226(a), as directed by order of the district court. Respondent has failed to meet his burden of establishing that he is not a danger to the community. Alternatively, respondent has failed to meet his burden of establishing that he is not a flight risk.

☐ Granted. It is ordered that Respondent be:
    ☐ released from custody on his own recognizance.
    ☐ released from custody under bond of $
    ☐ other:

☐ Other:

Immigration Judge: Combs, Corey 06/08/2026

Appeal:     Department of Homeland Security: ☑ waived  ☐ reserved
            Respondent:                      ☐ waived  ☑ reserved
Appeal Due: 07/08/2026

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : NARANJO MOROCHO, DANIEL | A-Number : ▮▮▮▮642

Riders:

Date: 06/08/2026 By: DESIR, JOANE, Court Staff